■ CARL R. CHARLESON et al., Respondents, v CITY OF LONG BEACH et al., Appellants. [747 NYS2d 802]

In the absence of surprise or prejudice to the opposing party, leave to amend a complaint is to be freely granted (*see* CPLR 3025 [b]; *Edenwald Contr. Co. v City of New York,* 60 NY2d 957; *Dal Youn Chung v Farberov,* 285 AD2d 524). Here, however, the plaintiffs' proposed fourth cause of action, alleging violations of the Federal Racketeer Influenced and Corrupt Organization Act (18 USC § 1962), was not adequately pleaded and is plainly lacking in merit (*see Curran v Auto Lab Serv. Ctr.,* 280 AD2d 636; *136 E. 56th St. Owners v Darnet Realty Assoc.,* 248 AD2d 327, 328; *Schuler v Board of Educ. of Cent. Islip Union Free School Dist.,* 2000 WL 134346 [ED NY, Feb. 1, 2000]; *United States v Private Sanitation Indus. Assn. of Nassau/Suffolk,* 793 F Supp 1114, 1129).

The appellants' remaining contentions are without merit. Ritter, J.P., Krausman, McGinity and Luciano, JJ., concur.